IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STEPHEN PUTMAN, § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | Case No. 4:12cv474 | |
| § | | |
| BAC HOME LOANS SERVICING, L.P., § | | |
| et al., § | | |
| Defendants. § | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER DISMISSING CASE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 6, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's claims should be dismissed without prejudice for want of prosecution.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's claims in this cause are dismissed without prejudice for want of prosecution. This matter shall be closed on the court's docket, and all costs shall be borne by the party incurring same.

**IT IS SO ORDERED.**

**SIGNED this the 14th day of February, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE